UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

IN RE:

Joginder Sajjan,
Debtor

Select Portfolio Servicing, Inc.,

VS.

Joginder Sajjan

CHAPTER 13
CASE NO. 19-13022-FJB

## MOTION FOR RELIEF FROM STAY

To the Honorable Frank J. Bailey:

Select Portfolio Servicing, Inc., your moving party in the within Motion, hereby requests that the Court grant relief from the Automatic Stay imposed by 11 U.S.C. §362 and any applicable Co-debtor Stay imposed by 11 U.S.C. §1301 and respectfully represents:

1.  The movant has a mailing address of Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250.

2.  The debtor has a mailing address of 47 Old Coloney Lane No. 133, Marshfield, MA 02050.

3.  On September 4, 2019, the debtor filed a petition under Chapter 13 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts.

4.  The Chapter 13 plan was confirmed on September 14, 2020.

5.  The movant is the holder of a first mortgage on real estate in the original amount of $145,000.00 given by Joginder Sajjan to Mortgage Electronic Registration Systems, Inc., as nominee for Fairway Independent Mortgage Corporation on or about October 28, 2015. Said mortgage is recorded in the Plymouth County Registry of Deeds at Book 46229, Page 26 and covering the premises located at <u>47 Old Colony Lane Unit 133, Marshfield, MA 02050.</u>



6.  Said mortgage secures a note given by Joginder Sajjan to Fairway Independent Mortgage Corporation in the original amount of $145,000.00.

7.  There is no other collateral securing the obligation.

8.  Said mortgage was subject to the following assignments:

- Mortgage Electronic Registration Systems, Inc., as nominee for Fairway Independent Mortgage Corporation, its successors and assigns to Matrix Financial Services Corporation, recorded on September 27, 2017, in Book No. 48971, at Page 323
- Matrix Financial Services Corporation to Select Portfolio Servicing, Inc., recorded on September 29, 2021, in Book No. 55751, at Page 108

A copy of said mortgage, note and assignments have been attached hereto as Exhibit A.

9.  There is a Declaration of Homestead recorded.

10. As of January 25, 2022, approximately $117,650.67 in principal, interest, late fees and other charges was due with regard to Select Portfolio Servicing, Inc.'s note and mortgage.

11. According to the Chapter 13 Plan, the subject property is being retained.

12. There are no additional encumbrances on the property:

13. The pre-petition arrearage is $65,890.63.

14. According to the debtor's schedules, the fair market value of the subject property is $250,000.00. The liquidation value of the subject property is $233,360.00, calculated as the fair market value less a reasonable realtor's fee (6%); deed stamps $1,140.00 and anticipated costs incurred for a real estate closing of $500.00.

15. The debtor failed to remain current with the post-petition payments to Select Portfolio Servicing, Inc.

16. The last post-petition payment received by the movant was a payment in the amount of $4,265.99, received on or about December 14, 2021, and was applied to the May 1, 2021 and June 1, 2021 post-petition payments.

17. The total post-petition arrearage due as of January 25, 2022 is $11,343.86 excluding attorney's fees and costs.

18. The total post-petition arrearage through the anticipated hearing on this motion would also include any additional monthly mortgage payments in the amount of $1,984.06, which payments are due on the first of every month. The post-petition arrearage would also include any additional expenses, attorney's fees and costs that accrue from the date of the filing of this motion through the date of the hearing.

19. The property is not necessary for a successful reorganization.

20. The movant seeks relief from stay as a secured creditor to enforce its rights under its loan documents and applicable law. In support thereof, the movant states that it is entitled to relief as follows:

   I. Pursuant to 11 U.S.C. §362 (d)(1) for cause on the basis that the debtor has not made timely post-petition payments, and that the debtor has failed to provide the plaintiff with adequate protection;

WHEREFORE, the movant prays that it, and its successors and/or assigns, be granted relief from the stay for the purpose of: (i) exercising its rights under its agreements with the debtor and any co-debtors under applicable law, including, without limitation, taking possession of the mortgaged premises and/or foreclosing or accepting a deed in lieu of foreclosure of its mortgage on said premises; (ii) preserving its right to seek any deficiency to the extent permitted by state and federal law, including 11 U.S.C. §524(a); (iii) bringing such actions, including, without limitation, as are permissible by law; and (iv) that the Court order such other and further relief as may be just and proper.

Respectfully submitted,
Select Portfolio Servicing, Inc.,
By its Attorney
/s/ Joseph Dolben
Joseph Dolben
BBO# 673113
Harmon Law Offices, P.C.
PO Box 610389
Newton Highlands, MA 02461
(617)558-0500
mabk@harmonlaw.com

Dated: 3/8/2022

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| IN RE:<br><br>Joginder Sajjan,<br>Debtor | Case No. 19-13022-FJB<br>Chapter 13 |
|---|---|

CERTIFICATE OF SERVICE

I, Joseph Dolben, state that on  3/8/2022  , I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Massachusetts on behalf of Select Portfolio Servicing, Inc. using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Anthony Alessi
Carolyn Bankowski
John Fitzgerald
Reneau J. Longoria
Patricia A. Davis
Dean Lennon

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Joginder Sajjan
47 Old Colony Lane 133
Marshfield, MA 02050

Marshfield Town Hall
870 Moraine St
Marshfield, MA 02050

Ocean Colony Landing Codominium Association
47 Old Colony Lane
Marshfield, MA 02050

                                                   Respectfully submitted,
                                                   Select Portfolio Servicing, Inc.,
                                                   By its Attorney
                                                 **/s/ Joseph Dolben**
                                                 Joseph Dolben
                                                 BBO# 673113
                                                 Harmon Law Offices, P.C.
                                                 PO Box 610389
                                                 Newton Highlands, MA 02461
                                                 (617)558-0500
                                                 mabk@harmonlaw.com

Dated: 3/8/2022