UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| IN RE:<br><br>Joginder Sajjan,<br><br>       Debtor. | Case No. 19-13022-FJB<br>Chapter 13 |
|---|---|
| Select Portfolio Servicing, Inc.<br><br>v.<br><br>Joginder Sajjan, | |

## STIPULATION ON MOTION FOR RELIEF FROM STAY

1. The above-styled Motion having been scheduled for a hearing before the Court on **August 25, 2022** upon Notice of Assignment of Hearing to each of the above-captioned parties in interest, and it appearing to the Court that the parties consent hereto:

2. IT IS HEREBY AGREED that the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

02/20

BKAO001.N001

3. FURTHER AGREED that as of **July 19, 2022**, the post-petition arrearage is as follows, pursuant to the terms of the Note, as set forth in the chart below:

| Number of Missed Payments | From | To | Monthly Missed Principal and Interest | Total of Monthly Payments Missed |
|---|---|---|---|---|
| 1 | 12/01/2021 | 12/01/2021 | $1,801.63 | $1,801.63 |
| 7 | 01/01/2022 | 07/01/2022 | $1,984.06 | $13,888.42 |
| Less post-petition partial payments (suspense balance): | | | | ($175.84) |

**Total:   15,514.21**

4. This arrearage shall be paid as follows:

Debtor is ordered to make the following payments to cure the post-petition arrearage and other amounts owing set forth in paragraph 3:

| Month Stipulation payment due | Monthly Stipulation Payment Amount |
|---|---|
| 8/01/2022 | $2,585.71 |
| 9/01/2022 | $2,585.70 |
| 10/01/2022 | $2,585.70 |
| 11/01/2022 | $2,585.70 |
| 12/01/2022 | $2,585.70 |
| 1/01/2023 | $2,585.70 |

5. Regular payments in the amount of **$1,984.06** to be paid on or before **August 1, 2022** and any additional amount as required or allowed by the Note and Security Instrument. Payments should be sent to: Select Portfolio Servicing, Inc. Attn: Remittance Processing P.O. Box 65450 Salt Lake City, UT 84165-0450.

6. FURTHER AGREED that should Debtor default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Loan Documents, for the life of the Agreed Order then upon notice of default sent by first class mail to Debtor and attorney for Debtor and failure of Debtor to cure such default within **10 days** days from the date of receipt of such notice, Movant may file a motion and affidavit of default, with service upon Debtor and attorney for Debtor and the Court may enter an Order releasing Movant from the automatic stay, without further notice or hearing.

7. FURTHER AGREED that in the event relief from the automatic stay is later granted, the Trustee shall cease funding any balance of Movant's claim.

8. FURTHER AGREED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant and to any subordinate lienholders properly entitled to receive proceeds under applicable State Law that would otherwise be payable to the Debtor, shall be paid to the Trustee by the entity receiving the funds from the foreclosure sale for the benefit of the Estate while the Debtor remains in bankruptcy.

Agreed to on this 19th day of August, 2022.

| | |
|---|---|
| Respectfully submitted,<br>Select Portfolio Servicing, Inc.,<br>By its Attorney<br><br>/s/ Joseph Dolben<br>Joseph Dolben<br>BBO#  673113<br>Harmon Law Offices, P.C.<br>PO Box 610389<br>Newton Highlands, MA 02461<br>(617)558-0500<br>mabk@harmonlaw.com | Joginder Sajjan,<br>By their attorney,<br><br>/s/ Anthony P. Alessi<br>Anthony P. Alessi<br>475 Furnace St<br>Marshfield, MA 02050-2309<br>Phone: (781) 837-2197<br>Fax : (781) 837-8094<br>Email: greyarea2000@yahoo.com |

Dated: August 19, 2022

02/20

BKAO001.N001

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| IN RE:<br><br>Joginder Sajjan,<br>Debtor | Case No. 19-13022-FJB<br>Chapter 13 |
|---|---|

## CERTIFICATE OF SERVICE

I, Joseph Dolben, state that on August 19, 2022, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Massachusetts on behalf of Select Portfolio Servicing, Inc. using the CM/ECF System.  I served the foregoing document on the following CM/ECF participants:

Anthony Alessi
Carolyn Bankowski
John Fitzgerald
Reneau J. Longoria
Patricia A. Davis
Dean Lennon

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Joginder Sajjan
47 Old Colony Lane 133
Marshfield, MA 02050

                                              Respectfully submitted,
                                              Select Portfolio Servicing, Inc.,
                                              By its Attorney

                                              /s/ Joseph Dolben_____
                                              Joseph Dolben
                                              BBO#  673113
                                              Harmon Law Offices, P.C.
                                              PO Box 610389
                                              Newton Highlands, MA 02461
                                              (617)558-0500
                                              mabk@harmonlaw.com

Dated: August 19, 2022