UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:  Joginder Sajjan                                                              Chapter 13
        Debtor(s),                                                                      Case No. 19-13022-CJP

## AGREED ORDER REGARDING TRUSTEE'S MOTION TO DISMISS

CAME ON FOR CONSIDERATION the Chapter 13 Trustee's Motion to Dismiss ("Motion") the case of the above captioned debtor(s), and it appearing that the parties have reached an agreement as to the Motion, it is hereby

**ORDERED THAT IF THE DEBTOR FAILS: I) TO PAY TO THE TRUSTEE BY CERTIFIED FUNDS, BANK CHECK, MONEY ORDER OR ELECTRONIC PAYMENT THROUGH TFS (AN AUTHORIZED THIRD PARTY PAYEE) THE SUM OF $6,276.00\* ON OR BEFORE AUGUST 16, 2023; AND IN ADDITION II) TO REMAIN CURRENT DURING THE PENDENCY OF THIS AGREED ORDER ON THE MONTHLY PAYMENT OF $1,611.00 TO THE TRUSTEE, THE COURT MAY DISMISS THIS CHAPTER 13 CASE UPON THE TRUSTEE'S FILING OF AN AFFIDAVIT OF NON-COMPLIANCE.**

February 15, 2023

_____
Judge Christopher J. Panos

AGREED TO AS TO SUBSTANCE AND FORM:

| | |
|---|---|
| Carolyn A. Bankowski<br>Standing Chapter 13 Trustee | Debtor/Debtor's Attorney |
| By: /s/ Carolyn A. Bankowski<br>Carolyn A. Bankowski, BBO#631056<br>Patricia A. Remer, BBO#639594<br>Office of the Chapter 13 Trustee<br>P.O. Box 8250<br>Boston, MA  02114<br>(617) 723-1313<br>13trustee@ch13boston.com | By: /s/ Anthony P. Alessi<br>Anthony P. Alessi, Esq., BBO#014590<br>475 Furnace Street<br>Marshfield, MA 02050<br>(781)837-2197<br>apalessi@yahoo.com |

\* Payments must be received at P.O. Box 1131, Memphis, TN 38101-1131 by the date indicated. Unless otherwise noted, the arrearage amount does not include the current month.